FILED
SCRANTON
APR 21 2017
PER___ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA LONGO METZGAR,<br>Plaintiff | : | No. 3:16-CV-1929 |
| v. | : | (Judge Nealon) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant | : | (Magistrate Judge Carlson) |

## ORDER

AND NOW, THIS 20TH DAY OF APRIL, 2017, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 14), is **ADOPTED**;

2. Plaintiff's objections, (Doc. 15), are **OVERRULED**;

3. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **DENIED**;

4. The Commissioner's decision denying Plaintiff Jessica Longo Metzgar disability insurance benefits and supplemental security income is **AFFIRMED**;

5. Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

6. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**